*Monday, August 25, 1997*

## MOTION DOCKET

**97–1101.  In re Appeal of Citywide Ambulance Serv., Inc.**
Franklin App. No. 96APE08–1119.
   This cause is pending before the court as a discretionary appeal.  Upon consideration of the joint motion for stay pending execution of settlement agreement,
   IT IS ORDERED by the court that the motion for stay pending execution of settlement agreement be, and hereby is, granted, for a period of fourteen days from the date of this entry.

*Tuesday, August 26, 1997*

## DISCIPLINARY DOCKET

**95–2646.  In re Resignation of Guth.**
This matter is pending before this court upon the filing by respondent of a motion for continuance of the August 26, 1997 hearing.  Upon consideration thereof,
   IT IS ORDERED by the court that the motion for continuance be granted for sixty days, and that the hearing be rescheduled for November 4, 1997, at 9:00 a.m.

*Wednesday, August 27, 1997*

## RECONSIDERATION DOCKET

**97–795.  GTE N., Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–845–TP–COI.  Reported at 79 Ohio St.3d 1466, 681 N.E.2d 938.
   Upon consideration of appellant's motion for reconsideration of the dismissal of this case for want of prosecution,
   IT IS ORDERED by the court that the motion for reconsideration be, and hereby is, denied.
   RESNICK, J., not participating.

**97–1039.  State v. Lee.**
Cuyahoga App. No. 70122.  Reported at 79 Ohio St.3d 1470, 682 N.E.2d 655.
   Upon consideration of the motion for reconsideration of the dismissal of this case for want of prosecution filed by counsel for appellant, and the motion for leave to file a memorandum in support of jurisdiction *pro se* filed by appellant *pro se*,
   IT IS ORDERED by the court that the motion for reconsideration and the motion for leave be, and hereby are, denied.

**97–1087.  Reese v. Mitchell.**
Trumbull App. No. 96–T–5622.  Reported at 79 Ohio St.3d 1470, 682 N.E.2d 655.
   Upon consideration of appellant's motion for reconsideration of the dismissal of this case for want of prosecution,
   IT IS ORDERED by the court that the motion for reconsideration be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**97–742.  State ex rel. Komadina v. McGough.**
Lorain App. No. 96CA006644.  This cause is pending before the court as an appeal from the Court of Appeals for Lorain County.  It appears from the records of this court that appellant has not filed a merit brief, due June 23, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,
   IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.